# United States Bankruptcy Court
# Central District of California

**411 West Fourth Street, Suite 2030, Santa Ana, CA 92701−4593**

| In re:<br>Trena Langan<br><br>Debtor(s). | BANKRUPTCY CASE NO.: 8:18−bk−12055−TA<br><br>CHAPTER NO.: 7 |
|---|---|
| Steven Swartz<br><br>Plaintiff(s)<br>Versus<br>Trena Langan<br><br>Defendant(s) | ADVERSARY NO.: 8:18−ap−01183−TA |

# NOTICE THAT CLERK HAS ENTERED DEFAULT AGAINST DEFENDANT(S) UNDER LOCAL BANKRUPTCY RULE 7055−1(a)

On <u>November 19, 2018</u>, a request was filed for the clerk to enter default against defendant(s) **Trena Langan**.

Having reviewed the request, the clerk hereby enters default as requested.

Dated: November 19, 2018

For the Court,

**KATHLEEN J. CAMPBELL, CLERK OF COURT**

**By: <u>Sally Daniels</u>**
    **Deputy Clerk**

(Form van192−nched VAN−192) Rev. 12/2014                    **6 − 5 / DAN**