United States Bankruptcy Court
Central District of California

Swartz,
    Plaintiff

Adv. Proc. No. 18-01183-TA

Langan,
    Defendant

## CERTIFICATE OF NOTICE

District/off: 0973-8        User: sdanielsC        Page 1 of 1        Date Rcvd: Nov 19, 2018
                      Form ID: van192     Total Noticed: 2

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 21, 2018.
pla         +Steven Swartz,   c/o John J. Stifter,   Stifter Law Corp,   1181 Puerta del Sol Suite 100,   San Clemente, CA 92673-6345
dft         +Trena Langan,   105 Sanctuary,   Irvine, CA 92620-2818

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.    TOTAL: 0

        ***** BYPASSED RECIPIENTS *****
NONE.    TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 21, 2018        Signature: /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 19, 2018 at the address(es) listed below:
      John J Stifter   on behalf of Plaintiff Steven  Swartz john@stiftercorp.com
      United States Trustee (SA)    ustpregion16.sa.ecf@usdoj.gov
      Weneta M Kosmala (TR)    ecf.alert+Kosmala@titlexi.com,
       wkosmala@txitrustee.com;dmf@txitrustee.com;kgeorge@kosmalalaw.com
    TOTAL: 3

# United States Bankruptcy Court
# Central District of California

**411 West Fourth Street, Suite 2030, Santa Ana, CA 92701–4593**

| | |
|---|---|
| In re:<br>Trena Langan<br><br>Debtor(s). | BANKRUPTCY CASE NO.:  8:18–bk–12055–TA<br><br>CHAPTER NO.:  7 |
| Steven Swartz<br><br>                         Plaintiff(s)<br>       Versus<br>Trena Langan<br><br>Defendant(s) | ADVERSARY NO.:  8:18–ap–01183–TA |

# NOTICE THAT CLERK HAS ENTERED DEFAULT AGAINST DEFENDANT(S) UNDER LOCAL BANKRUPTCY RULE 7055–1(a)

On <u>November 19, 2018</u>, a request was filed for the clerk to enter default against defendant(s) **Trena Langan**.

Having reviewed the request, the clerk hereby enters default as requested.

Dated: November 19, 2018

For the Court,

**KATHLEEN J. CAMPBELL, CLERK OF COURT**

**By: <u>Sally Daniels</u>**
     **Deputy Clerk**

(Form van192–nched VAN–192) Rev. 12/2014                                      **6 – 5 / DAN**